ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    FAX: (415) 436-7234
    andrew.dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 16-443 |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| THANHAO VAN NGUYEN, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Thanhao van Nguyen.

DATED: November 3, 2023                                            Respectfully submitted,

                                                                                      ISMAIL J. RAMSEY
                                                                                      United States Attorney

                                                                                      */s/ Thomas A. Colthurst*
                                                                                      THOMAS A. COLTHURST
                                                                                      Chief, Criminal Division

1

2    Leave is granted to the government to dismiss the indictment against Thanhao van Nguyen.

3

4

5   Date: November 3, 2023

    _____
    HON. WILLIAM H. ORRICK
6   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
No. CR _____                                                                                    v. 8/4/2021